# United States Court of Appeals for the Fifth Circuit

No. 25-60352
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 5, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Marcellus Holmes,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CR-68-2

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Marcellus Holmes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Holmes has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Holmes's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60352

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.